

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00102-CV

**GONZALES NURSING OPERATIONS, LLC** f/d/b/a Texas Nursing & Rehab of Gonzales,
Appellant

v.

Alta Mae **SMITH,** Rosie L. Smith, ALton Allen Jr., A.B. Allen David L. Allen, Melvin L.
Allen, Individually on behalf of the Estate of Nannie B. Allen, Deceased,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-14718
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant appeals an order denying a plea to the jurisdiction. Because the clerk's record initially did not contain a written order disposing of the plea to the jurisdiction, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. *See Archer v. Tunnell*, No. 05-15-00459-CV, 2016 WL 519632, at *3 (Tex. App.—Dallas Feb. 9, 2016, no pet.) (mem. op.) (citing TEX. R. APP. P. 26.1(b)).

Appellant filed a response to our order stating the trial court signed an order denying the plea to the jurisdiction on March 16, 2020. A copy of that signed order and a copy of appellant's request to the trial court clerk to supplement the clerk's record are attached to the response. Accordingly, as it appears this court has jurisdiction over this appeal, it is ORDERED that appellant's brief is due no later than twenty (20) days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court